[No. 13919-1-III.   Division Three.   June 20, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL
H. ALLEN, *Appellant.*

Appeal from a judgment of the Superior Court for
Spokane County, No. 94-8-00018-3, Joseph Valente, Court
Commissioner, entered March 1, 1994. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Thompson,
C.J., and Schultheis, J.

[No. 16244-0-II.   Division Two.   June 21, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. DANNY
A. BRYANT, *Appellant.*

Appeal from a judgment of the Superior Court for Thurston County, No. 90-1-00464-7, Wm. Thomas McPhee, J.,
entered July 9, 1992. *Reversed* by unpublished opinion per
Alexander, J., concurred in by Seinfeld, C.J., and Morgan,
J.

[No. 16717-4-II.   Division Two.   June 21, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. DAMON
M. BROWN, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 92-1-00599-7, James I. Maddock, J.,
entered December 3, 1992. *Affirmed* by unpublished
opinion per Alexander, J., concurred in by Houghton,
A.C.J., and Bridgewater, J.